PEOPLE v CASBAR, No. 138437; Court of Appeals No. 280647.

KELLY, C.J. I agree with Justice CAVANAGH and would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Xiong*, 483 Mich 951 (2009).

CAVANAGH, J. I would grant leave to appeal to consider the issue in *People v Watkins*, 482 Mich 1114 (2008).

*In re* GEORGE (DEPARTMENT OF HUMAN SERVICES v ANTHONY), No. 139007; Court of Appeals No. 286896.